
**FILED**
DEC 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _TAN_ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'07 MJ 8995** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| ) | Deported Alien Found In the United States |
| Juan BARRERA-Barrera, ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about December 17, 2007, within the Southern District of California, defendant Juan BARRERA-Barrera, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 18th DAY OF DECEMBER 2007.

_____
PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
   v.
Juan BARRERA-Barrera

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, A. Camarena, that the Defendant was found and arrested on December 17, 2007 east of Calexico, California.

BPA Camarena was performing his assigned Border Patrol duties approximately 12 miles east of Calexico, California. BPA Camarena encountered a group of individuals, one later identified as Juan BARRERA-Barrera. BPA Camarena identified himself as a Border Patrol Agent and questioned BARRERA and the other individuals as to their immigration status to be in the United States. They all stated that they are citizens of Mexico and illegally in the United States. BARRERA and the other individuals were placed under arrest.

Record checks revealed that an Immigration Judge ordered BARRERA deported to Mexico from the United States. Record checks also revealed that BARRERA was convicted for Voluntary Manslaughter on September 15, 1979.

There is no evidence BARRERA has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.